JACOB SILFEN and Another, Respondents, v. SADIE ELLMAN and Others, Appellants.— Motion granted, without costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

WALTER I. STILLWELL, as Executor, etc., Plaintiff, v. SHELTER REALTY COMPANY, INC., Appellant. GUSTAF W. MATTSON, Respondent, and Others, Defendants.— Motion denied on condition that appellant pay twenty-five dollars costs on or before the 13th day of January, 1920, and be ready to argue or submit the appeal on the 16th day of January, 1920. If either of these conditions is not complied with, the motion is granted, with ten dollars costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

EDWARD J. CONNOR, Doing Business under the Trade Name, etc., Respondent, v. JAMES A. DALY and MALCOLM MERRITT, Doing Business under the Firm Name, etc., Appellants.— Judgment of the County Court of Westchester county modified by reducing it to the sum of thirty-six dollars and seventy-five cents, and as so modified judgment and order unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

J. FRANK ENGLISH, Respondent, v. JOHN J. RYAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

JULIUS G. HEINICKE, Respondent, v. FRANKLIN V. CANNING, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Estate of JULIA LORILLARD BUTTERFIELD, Deceased. ALBERT FRANCIS HAGAR, Individually and as Executor and Trustee, etc., Appellant; KATHLEEN ISABEL WHEELER and Others, Respondents.— Decree of the Surrogate's Court of Putnam county affirmed, with a separate bill of costs to each of the respondents who has appeared and filed a brief, payable out of the estate. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

HERMAN JOSIAS, Appellant, v. SUGAR PRODUCTS COMPANY, Respondent.— Judgment modified by striking out the words " on the merits," and as so modified judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

CONSTANCE A. MACKINNEY, as Administratrix, etc., of JOHN C. MAC-KINNEY, Deceased, Respondent, v. EDUARDO HIGGINSON and CHARLES F. MILLER, as Executors, etc., of ISABEL ARAMBURU MACKINNEY, Deceased, and Others, Appellants, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.